# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| HERSHAL BRIDGES, III, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | No. 4:20-cv-00678-DGK |
| ) | |
| DEALERS CHOICE TRUCKAWAY ) | |
| SYSTEM, INC. d/b/a TRUCKMOVERS, ) | |
| et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Having considered the parties' Joint Stipulation of Dismissal (Doc. 53), it is hereby ORDERED that Plaintiffs Hershal Bridges III and Jason C. Hurd III's individual claims against Defendants are DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees.

Any potential claims of absent putative class members are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Date: January 19, 2021  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT